# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

| | | |
|---|---|---|
| **MELVIN S. MINOR,** | § | **PLAINTIFF** |
| | § | |
| **v.** | § | **CIVIL NO.: 1:22-cv-00074-JMV** |
| | § | |
| **KILOLO KIJAKAZI,** | § | |
| **ACTING COMMISSIONER** | § | |
| **OF SOCIAL SECURITY,** | § | **DEFENDANT** |

## ORDER

Before the court for consideration is Defendant's Unopposed Motion [22] to Reverse with Remand and Enter Judgment and Supporting Memorandum [23], and the court being advised in the premises is of the opinion that said Motion should be granted. It is, therefore,

ORDERED that Defendant's June 2020 unfavorable final decision denying Plaintiff's claims for supplemental security income (SSI) benefits under Title XVI of the Social Security Act, 42 U.S.C. § 1382c(a)(3)(A), shall be reversed and remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

**SO ORDERED** this 8th day of February, 2023.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**